1  CAROL C. LAM
   United States Attorney
2  LEAH R. BUSSELL
   Assistant U.S. Attorney
3  California State Bar No. 141400
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6962

6  Attorneys for Plaintiff
   United States of America

7

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 03cv2558-JM(RBB) |
| Plaintiff, ) | STIPULATION TO CONTINUE STAY OF CIVIL FORFEITURE PROCEEDING UNTIL MARCH 29, 2007; ORDER THEREON |
| v. ) | |
| $389,000.00 IN U.S. CURRENCY, ) | |
| Defendant. ) | |

   Plaintiff United States of America ("United States") by and through its attorneys, Carol C. Lam, United States Attorney, and Leah R. Bussell, Assistant U.S. Attorney, and the claimant in the above-referenced civil forfeiture case, Blacksheep Distributing, Inc., by and through its attorney of record, Richard M. Barnett, do hereby stipulate and agree as follows:

   1.   The above-captioned civil forfeiture case is related to a pending criminal investigation in the Southern District of California.

   2.   Title 18, United States Code, Section 981(g) provides as follows:

       (1)   Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.

       (2)   Upon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that --

             (A)   the claimant is the subject of a related criminal investigation or case;

///

|   |   |   |
|---|---|---|
| | (B) | the claimant has standing to assert a claim in the civil forfeiture proceeding; and |
| | (C) | continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related criminal investigation or case. |

3. Plaintiff and claimant agree that this civil forfeiture case falls under the provisions of Title18, United States Code, Sections 981(g)(1) and 981(g)(2) because the claimant and the principal of the claimant are the subjects of the related criminal investigation in the Southern District of California.

4. On or about September 28, 2004, upon the parties' stipulation, this Court entered an Order staying the civil forfeiture proceeding to January 31, 2005. The parties stipulated and this Court entered a succeeding Order staying the civil forfeiture proceeding to December 15, 2005. The parties again stipulated and on January 9, 2006, this Court entered an Order staying the proceeding to March 30, 2006. The parties again stipulated and on March 28, 2006, this Court entered an Order staying the proceeding to September 28, 2006.

5. Plaintiff and claimant now agree that good cause exists to stay this civil forfeiture proceeding further until March 29, 2007. On that date the stay will be lifted without further order of the Court. If either or both parties believe that grounds exist to continue the stay after March 29, 2007, the appropriate stipulation or motion will be submitted.

DATED: 9/19/06

Respectfully submitted,

CAROL C. LAM
United States Attorney

LEAH R. BUSSELL
Assistant U.S. ATTORNEY

DATED: 9-14-06

RICHARD M. BARNETT
Attorney for Claimant
Blacksheep Distributing, Inc.

(Order appears on next page)

# ORDER

Having reviewed the foregoing Stipulation and good cause appearing,

IT IS ORDERED that Civil Forfeiture Case No. 03cv2558-JM falls under the provisions of Title 18, United States Code, Section 981(g), and shall be further stayed until March 29, 2007, at which time the stay shall be lifted without further order of this Court.

DATED: 9/22/06

JEFFREY T. MILLER, Judge
United States District Court

Stipulation to Continue Stay of Civil Forfeiture Proceeding
U.S. v. $389,000.00 in U.S. Currency
Case No. 03cv2558-JM(RBB)