UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No.  03CV2558 JM (RBB) |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE STAY OF |
| | ) | CIVIL FORFEITURE PROCEEDING |
| $389,000.00 IN U.S. CURRENCY, | ) | UNTIL JUNE 29, 2007 |
| | ) | |
| Defendant. | ) | |

Having reviewed the Stipulation to Continue Stay of Civil Forfeiture Proceeding between Plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Mary C. Lundberg, Assistant United States Attorney, and claimant in the above-referenced civil forfeiture case, Blacksheep Distributing, Inc. by and through its attorney of record, Richard M. Barnett, and good cause appearing,

IT IS ORDERED that Civil Forfeiture Case No. 03CV2558-JM falls under the provisions of Title 18, United States Code, Section 981(g), and shall be further stayed until June 29, 2007, at which time the stay shall be lifted without further order of this court.

DATED: March 23, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties