UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 03cv2558-JM (RBB) |
| Plaintiff, | )<br>)<br>) | JUDGMENT<br>OF FORFEITURE |
| v. | ) | |
| $389,000.00 IN U.S. CURRENCY, | )<br>) | |
| Defendant. | ) | |

Having reviewed the foregoing Joint Motion and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved.

1. The defendant $389,000.00 in U.S. Currency shall be forfeited and condemned to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 984. Judgment shall be entered in favor of the United States on its complaint.

2. Costs incurred by the United States incident to the seizure and custody of the defendant currency, if any, shall be borne by the United States.

3. The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465. The claimant, Blacksheep Distributing, Inc. ("Claimant"), by its president, Brian Donahue, has agreed that by entering into this joint motion, it has not "substantially prevailed"

//

1 | within the meaning of 28 U.S.C. § 2465.  All parties shall bear their own costs and expenses,
2 | including attorney fees.
3 |     4.    The terms of this settlement do not affect the tax obligations, fines, penalties, or any
4 | other monetary obligations the claimant may owe to the United States.
5 |     5.    Claimant has warranted and represented as a material fact that it is the sole owner
6 | of the defendant currency and has further warranted that no other person or entity has any right,
7 | claim or interest in the defendant currency, and that it will defend and indemnify the United States
8 | against any and all claims made against the United States on account of the seizure and forfeiture
9 | of the defendant currency.
10 |     6.    The claimant, its agents, employees, or assigns, shall hold and save harmless the
11 | United States of America, its agents and employees, from any and all claims which might result
12 | from the seizure and forfeiture of the defendant currency.
13 |     7.    This case is hereby ordered closed.  Let judgment be entered accordingly.

DATED: September 24, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge